UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TAKAO HAKOTA,

                                         **NOTICE OF APPEARANCE**

                        Plaintiffs,

                                         13 CV 2457 (WHP)(RLE)

        -against-

CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Liza Sohn**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated:       New York, New York
                 April 23, 2013

                                         MICHAEL A. CARDOZO
                                         Corporation Counsel of the City of New York
                                         *Attorney for Defendant City of New York*
                                         100 Church Street | Room 3-183
                                         Tel: (212) 788-0715

                              By:    */s/ Liza Sohn*
                                          Liza Sohn
                                         Assistant Corporation Counsel
                                         Special Federal Litigation Division

cc:     <u>BY ECF</u>
        Michael Litrownik, Esq.
        *Attorney for Plaintiff*