**AFFIDAVIT OF SERVICE**

13 CV 2457

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

Date Purchased: April 12, 2013
Date Filed: _____
Court Date: _____

ATTORNEY(S): FINK & KATZ, PLLC Jonathan A. Fink, Esq.     File No.: _____
ADDRESS: 40 EXCHANGE PL #2010 New York, N.Y. 10005 PH: (516) 770-7051 | 212-385-1373

*Takao Hakota,*

                                                                                                *Plaintiff*
vs
*The City of New York and Police Officer Marilyn Estrada of the New York City Police Department,*

                                                                                                *Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:
YOLER JEAN-BAPTISTE, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On April 23, 2013 at 3:51 PM at 9th Precinct, 321 East 5th Street, New York, NY 10003, deponent served the within **Summons In A Civil Action, Civil Cover Sheet and Complaint and Jury Demand**

with Index Number 13 CV 2457, and Date Purchased April 12, 2013 endorsed thereon,
on: **Police Officer Marilyn Estrada - New York Police Department**, **Defendant** therein named.

#1 INDIVIDUAL [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering to and leaving with - and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

#7 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Female   Color of skin Brown   Color of hair Brown   Age 30-35   Height 5ft4in-5ft8in
Weight 131-160 lbs   Other Features: _____

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 24th day of April, 2013



STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2016

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2016

YOLER JEAN-BAPTISTE
Server's Lic # 1139306
Work Order # 1060321

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*     NYC DCA Lic. # 1381942