UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
TAKAO HAKOTA,
                  Plaintiff,
    -against-                    No. 13-cv-2457-WHP

THE CITY OF NEW YORK, and
POLICE OFFICER MARILYN ESTRADA of the
NEW YORK CITY POLICE DEPARTMENT

                  Defendant(s),
_____x

## Notice of Withdrawal of Michael N. Litrownik

PLEASE TAKE NOTICE that Michael N. Litrownik hereby withdraws from this action as he is no longer associated with Bromberg Law Office, P.C. Brian L. Bromberg and Jonathan A. Fink will continue to represent Plaintiff Takao Hakota.

Dated: June 5, 2013                    Respectfully submitted,

                                              /s/ Michael N. Litrownik
                                              Michael N. Litrownik (ML1138)
                                              496 Hudson Street, Apt. 7
                                              New York, NY 10014
                                              Phone: (917) 573-8086
                                              Email: Mike.Litrownik@gmail.com

<u>Certificate of Service</u>

I hereby certify that on June 5, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: June 5, 2013

<u>/s/ Michael N. Litrownik</u>
Michael N. Litrownik (ML1138)
496 Hudson Street, Apt. 7
New York, NY 10014
Phone: (917) 573-8086
Email: Mike.Litrownik@gmail.com